IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 19-30128-SMY ) |
| DERICK BOWERS, | ) ) Title 18, United States Code, Sections |
| Defendant. | ) 1791(a)(2) and (b)(3). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about August 20, 2019, in Bond County, Illinois, in the Southern District of Illinois,

**DERICK BOWERS,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

**A TRUE BILL**

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_Steven D. Weinhoeft_
STEVEN D. WEINHOEFT
United States Attorney

Recommend Bond: Detention